UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LENROY RYAN, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | Civil Action No. 24-CV-11054-AK |
| v. | ) ) | |
| PROCESS, INC., PROCESS OHIO CORPORATION, and STOEVELAAR TRADING, BV, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY AND PLAINTIFF'S MOTION TO AMEND COMPLAINT

**ANGEL KELLEY, D.J.**

Defendant Stoevelaar filed a Motion to Dismiss Plaintiff's Amended Complaint. [Dkt. 48]. In response to Stoevelaar's Motion to Dismiss, Plaintiff Lenroy Ryan requested jurisdictional discovery. [Dkt. 50]. The Court **DENIES** Stoevelaar's Motion to Dismiss without prejudice to permit Plaintiff to pursue limited jurisdictional discovery. Stoevelaar agreed on seven requests but opposed 14 additional requests. The Court **GRANTS IN PART** and **DENIES IN PART** these 14 additional requests. The parties have 45 days to complete the limited discovery.

The Court also **GRANTS** Plaintiff's Motion to Amend [Dkt. 52] but directs the Plaintiff to file a new amended complaint that reflects the dismissal of the claims and parties as discussed in the Court's Order on Defendant Hammel's Motion to Dismiss. [Dkt. 56].

1

2

- The Court **GRANTS** Request 1 but limits it to sales known to be intended for Massachusetts.

- The Court **GRANTS** Request 2 but limits it to supplier, distributor, marketing or agency contracts and/or agreements with any of the named Defendants.

- The Court **DENIES** Requests 3 and 7.  Any information received about Hammel will not change the jurisdiction analysis over Stoevelaar.

- The Court **GRANTS** Requests 4, 5, and 8.

- The Court **GRANTS** Request 6 but limits it to written discussions or agreements detailing the intended sale in Massachusetts.

- The Court **DENIES** Requests 9 and 10 as broad, burdensome, and irrelevant.

- The Court **GRANTS** Request 11, with the exception of the 761-area code.

- The Court **GRANTS** Requests 12, 13, and 14 but limits it to names of repairers, installers, and dealers/sellers in Massachusetts.

**SO ORDERED.**

Dated: April 30, 2025                                         /s/ Angel Kelley
                                                                                                 Hon. Angel Kelley
                                                                                                 United States District Judge